UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL WALZER,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Civil Action # 1:14-cv-00618-HWB

Hon. Hugh W. Brenneman, Jr.

---

| DONALD W. BUSTA, JR. (P67544) | Matthew Del Mastro AUSA |
| Levine Benjamin | Patrick Miles, U.S. Attorney |
| Attorney for Plaintiff | Attorney for Defendant |

---

JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is issued dismissing the above action with prejudice pursuant to Federal Rule of Civil Procedure 41 (1) (A) (ii).

DATED: January 5, 2015

        /s/ Hugh W. Brenneman, Jr.
        Hon. Hugh W. Brenneman, Jr.
        United States Magistrate Judge